United States District Court
Southern District of Texas
**ENTERED**
January 22, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANN HOPKINS, A.K.A. | § | |
| SAMUEL HOPKINS, | § | |
| TDCJ# 1986831, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-5041 |
| | § | |
| LORIE DAVIS, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER FOR MORE DEFINITE STATEMENT

Plaintiff filed a civil rights action under 42 U.S.C. § 1983, alleging that the TDCJ hair grooming and clothing policies violate her constitutional rights. Specifically, Plaintiff appears to allege that these policies violate her right to be free from cruel and unusual punishment. The Court orders Plaintiff to file a more definite statement outlining her claims. Plaintiff is **ORDERED** to answer the questions below about her claims within thirty days.

## QUESTIONS

1.  You allege that you need specific grooming and clothing requirements as part of your treatment for gender dysphoria. You state that you want injunctive relief to obtain these items as well as a change in the policy G-51.11, which controls the chosen medical treatment for a diagnosis of gender dysphoria. Please answer the following

1

questions:

(a)     Who made the determination that a change in grooming habits and clothing would be beneficial to your treatment?  If possible, provide the name and position of that medical professional.

(b)     Why do you believe that a change in grooming habits and clothing aid you in your gender dysphoria? Please describe how in your own words.

(c)     When were you diagnosed with gender dysphoria?  Do you have documentation of this diagnosis? Fully describe the impact gender dysphoria has had on your living conditions in the prison system.

(d)     What is the full treatment plan for your diagnosis of gender dysphoria? How is this treatment plan being implemented as of now?

(e)     Please explain, as you state it, your "autocastration."  How did you castrate yourself?   When and where did you castrate yourself?   How has it impacted your treatment plan and disorder?

2.    Again, you allege that the defendants are violating your rights because policy G 51.11 does not allow you to change your grooming standards and clothing based upon your medical needs.  Please,

2

in full detail, describe what each specific defendant has done to impact your rights and what actions, for each defendant, you believe has violated your rights.

Plaintiff is warned that failure to comply with this Order may result in the case being dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, on _____, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE

3