**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
F I L E·D

JAN 2 3 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Lilly Anne Hopkins | § | |
| | § | |
| versus | § | Civil Action 4:19–cv–05041 |
| | § | |
| Lorie Davis, et al. | § | |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

*Lilly Anne Hopkins ; aka*
*Samuel Hopkins 1/19/2020*

_____          _____

_____          _____

## Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____          _____
Date          United States District Judge

January, 19th, 2020

Civil Action 4:19-cv-05041
            Lilly Anne Hopkins v. Lorie Davis, et al.

RE: Consent to appear before Magistrate, Update on property issue,
    Questions on Injunction/TRO .

To The Clerk of The Court,

    I have signed the provided consent form to appear before the
Magistrate. As of 1/17/20 my legal property has been returned to
me and I am now able to proceed. If the form that I signed as the
consent is not the correct form, would you please provide that.
    Regarding my last letter and the question regarding preliminary
injunctions (or Temporary Restraining Orders) on non-defendant prison
officials. I would still like to know how that works should they
once again seize my legal property. If it has happened once it is
possible that it would occur again though I am hopeful that this
will not occur I need to be prepared.
    Thank you for your patience with me. I am not a lawyer, am unfamiliar
with this process and am doing the best that I can.

                          Regards,
                          Lilly Anne Hopkins
                          *Lilly Anne Hopkins*

Lilly Anne Hopkins, aka
Samuel Hopkins #1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

Lilly Anne Hopkins aka
Samuel Hopkins #1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

LEGAL MAIL

United States Courts
Southern District of Texas
F I L E D

JAN 23 2020

David J. Bradley, Clerk of Court

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
21 JAN 2020 PM 2 1

FOREVER / USA

77208-1010101010

United States District Clerk's Office
P.O. Box 61010
Houston, TX 77208 - 1010