1/19/2020

Civil Action No. 4:19-cv-05041
Lilly Anne Hopkins v. Lorie Davis, et al.

Re; Notice of Related Litigation in accordance with local rule 5.2

To the Clerk of The Court,

     In accordance with local rules I am providing notice of related
litigation. It is likely, but not certain, that the impact of this
case will impact my case, but as it is likely I am making notice.
Please advise if additional copies need to be submitted. Thank You.

                                        Regards,
                                        Lilly Anne Hopkins

                                        *Lilly Anne Hopkins*

Lilly Anne Hopkins, aka
Samuel Hopkins #1986831
Connally Unit
899 FM 632
Kenedy, tX 78119

                                        **United States Courts**
                                        **Southern District of Texas**
                                        **FILED**

                                        **JAN 23 2020**

                                        **David J. Bradley, Clerk of Court**