Lilly Anne Hopkins aka
Samuel Hopkins #1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

— LEGAL MAIL —

United States Courts
Southern District of Texas
FILED
JAN 23 2020
David J. Bradley, Clerk of Court

United States District Clerk's Office
P.O. Box 61010
Houston, TX 77208-1010

77208-101010