IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 18 2020

David J. Bradley, Clerk of Court

LILLY ANNE HOPKINS, A.K.A., §
SAMUEL HOPKINS, TDCJ# 1986831, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. 4:19-cv-05041
§
LORIE DAVIS, et al., §
§
Defendants. §

## MOTION TO AMEND COMPLAINT

1. Plaintiff received an ORDER FOR MORE DEFINITE STATEMENT which included a list of questions which plaintiff responded to in the document RESPONSE TO ORDER FOR MORE DEFINITE STATEMENT signed February 1st, 2020.

2. Plaintiff has read more thoroughly the ORDER FOR MORE DEFINITE STATEMENT and it appears that the Order is also asking for Plaintiff to provide a new Statement (of Claim). Accordingly the Plaintiff would be amended her original complaint.

3. Plaintiff has amended her original Statement of Claim and attached the 2 Amended copies to this Motion. In keeping with the Court's Order she has made sure that the Amended Statement of Claim includes a thorough answer to each of the Court's questions.

4. Plaintiff asks that the Court accept her Amended Complaint in accordance with the response to the ORDER FOR MORE DEFINITE STATEMENT.

5. The Plaintiff is not a lawyer, is unskilled in the law, and asks the Courts patience. She will seek to comply properly with all orders given.

Respectfully Submitted,

By *Lilly Anne Hopkins* 2/10/20 (*Samuel Hopkins*)
Lilly Anne Hopkins, A.K.A.,
Samuel Hopkins, TDCJ# 1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

Pg 1 of 1

Lilly Anne Hopkins, a.k.a.
Samuel Hopkins, TDCJ #1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

United States Courts
Southern District of Texas
FILED
FEB 18 2020
David J. Bradley, Clerk of Court

United States Distri[ct]
P.O. Box 61010
Houston, TX 77720

— Legal Mail —