United States District Court
Southern District of Texas
**ENTERED**
May 22, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANN HOPKINS, A.K.A. SAMUEL HOPKINS, TDCJ# 1986831, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-5041 |
| LORIE DAVIS, et al., | § § § | |
| *Defendants*. | § | |

## ORDER FOR AUTHENTICATED RECORDS

Plaintiff filed a civil rights action under 42 U.S.C. § 1983, alleging that the TDCJ hair grooming and clothing policies violate her constitutional rights. Specifically, Plaintiff appears to allege that these policies violate her right to be free from cruel and unusual punishment.

To supplement the pleadings, and so that the Court can evaluate the plaintiff's claims concerning the denial of medication, the Court **ORDERS** the State Attorney General's Office to provide a report with authenticated records to the Court within ninety (90) days under *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987).

The Clerk will provide a copy of this order to the plaintiff. **The Clerk shall further provide a copy of this order, along with copies of the plaintiff's Amended Complaint [Dkt. # 13] and More Definite Statement [Dkt. # 11] to Leah O'Leary, Assistant Attorney General for the State of Texas, Law**

1

Enforcement Defense Division, 300 W. 15th Street, Austin, Texas 78701, by Fax: 512-936-2109.  Copies shall also be sent electronically to the following docketing clerks assigned to the Attorney General's Office, Law Enforcement Division, including:

(1) Gloria Chandler at gloria.chandler@oag.texas.gov;

(2) Elizabeth Mejia at elizabeth.mejia@oag.texas.gov; and

(3) the General E-Mail Address for Docketing at leddocket@oag.texas.gov.

SIGNED at Houston, Texas, on _____May 21_____, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE