**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Lilly Ann Hopkins,**
*Plaintiff*,

**v.**                                                   **C.A. No. 4:19-CV-5041**

**Lorie Davis, et al.,**
*Defendants*.

---

**ORDER**

---

The Office of the Attorney General ("OAG"), as amicus curiae, at the Court's request,

provided a *Martinez* report[1] and requested that the Court seal it. Defendants' Motion to Seal is

**GRANTED**.

Signed on _____ day of _____ 2020.

_____
**JUDGE PRESIDING**

---

[1] *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987).