United States District Court
Southern District of Texas
**ENTERED**
August 31, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Lilly Ann Hopkins,<br>*Plaintiff,*<br><br>v.<br><br>Lorie Davis, et al.,<br>*Defendants.* | C.A. No. 4:19-CV-5041 |

## ORDER

The Office of the Attorney General ("OAG"), as amicus curiae, at the Court's request, provided a *Martinez* report[1] and requested that the Court seal it. Defendants' Motion to Seal is **GRANTED.**

Signed on _____ **2 8** day of **Aug** 2020.

_____
JUDGE PRESIDING

---

[1] *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987).