Case 4:19-cv-05041

Supplement to Complaint, Exhibit Cover Sheet

Description;

    TDCJ Offender Orientation Handbook I-202 (rev. February 2

Document Length; Contents 134 pages plus list of Units, document info, and Table of Contents

Document #42 Exhibit #1

Title; TEXAS DEPARTMENT OF CRIMINAL JUSTICE OFFENDER ORIENTATION HANDBOOK as Approved by the Texas Department of Criminal Justice Director of the Correctional Institutions Division Printed FEBRUARY 2017

United States Courts
Southern District of Texas
FILED

AUG 31 2020

David J. Bradley, Clerk of Court

Lilly Anne Hopkins #14
Samuel Hopkins, TDCJ #1906831
Connally Unit
899 FM 632
Kenedy, TX 78119    12(c)(8)

US POSTAGE PAID
$0.00
Origin: 78119
08/24/20
4846450119-7

PRIORITY MAIL 2-DAY®
1 Lb 11.00 Oz
1004
EXPECTED DELIVERY DAY: 08/27/20
B050
SHIP TO:
PO BOX 61010
Houston TX 77208-1010

USPS TRACKING® NUMBER
9505 5128 4977 0237 1722 15

FILED
AUG 31 2020
David J. Bradley, Clerk of Court

The Clerk of The Court
United States District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, TX 77208