Case 4:19-cv-05041

Supplement to Complaint, Document Cover Sheet

Description;

    Grievance #2019043975

    Document Length, 4 pages, double and single sided

    Document #25

**Texas Department of Criminal Justice**

# STEP 1

## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2019 043 975

Date Received: 12/03/18

Date Due: 01/17/19

Grievance Code: 625

Investigator ID #: I 2584

Extension Date: 03-03-19

Date Retd to Offender: MAR 19 2019

Offender Name: Samuel Hopkins     TDCJ # 1986831

Unit: Stiles     Housing Assignment: 3-A-57 Top

Unit where incident occurred: Stiles Unit TDCJ

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Dr Davis     When? 11/30/2018

What was their response? The "pass module" does not have the necessary options

What action was taken? The record was noted that treatment not provided due to the system.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

As a part of my continued treatment for Gender Dysphoria I met with Dr. Dozier via DMS on 10/30/2018. Dr Dozier updated my treatment plan in the medical notes. In the "Subjective" portion it was noted that I struggle with "increased dysphoria towards physical appearance." In the "Diagnosis/Plan" portion it concluded that "Based on severe distress patient could benefit from being able to express self as female." Two aspects of that (hair and garb) were noted.

I have submitted requests at the Unit level to implement this care. On 11/30/2018 I met with Dr Davis at the Stiles Unit. She was unable to implement the care because in the "Pass module" she is required to use neither a "female grooming standards" nor "panties" had been set up in the module. She did renew my bra pass.

Please update the pass module and provide me the appropriate passes so that I can receive the recommended treatment for my Gender Dysphoria.

Thank You.

(cc) Copy retained.

---

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

Action Requested to resolve your Complaint: Please update the pass module and provide me with the appropriate passes so that I can receive the recommended treatment.

Offender Signature: Samuel Hopkins                Date: 12/1/2018  DEC 03 2018

Grievance Response:

- Offender Hopkins, please be advised, after careful review of your medical records, you indeed saw NP Dozier via Telehealth on 10/30/18. Although, within NP Dozier clinic notes she mentioned "Feels like access to female clothing and longer hair would help improve thoughts of suicide and self-harm thoughts," unfortunately medical has no control of the policies set forth by TDCJ regarding hair growth and panties. NP Davis was only doing as policies and procedures informed her and would allow her to do. In regards to suicidal thoughts, we do have trained mental health clinicians on the unit that you can speak with if a sick call is placed. You have been provided care per policy. This grievance is unsubstantiated.

Signature Authority: Edward Dix                Date: 3/6/19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

## COPY



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019043975 |
| UGI Recd Date: | MAR 21 2019 |
| HQ Recd Date: | MAR 25 2019 |
| Date Due: | 05-05 |
| Grievance Code: | 625 |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: Samuel Hopkins    TDCJ # 1986831

Unit: Telford    Housing Assignment: 12-1-37

Unit where incident occurred: Stiles Unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Please note I filed a Step2 on 3/5/2019 with the extension attached, I've now received the ~~extension~~ Step1 back and am now filing this Step2 with the Step1 attached, received 3/20/2019.

Please also note, I'm not grieving Dr. Davis, she attempted to provide me with the beneficial care but was unable to do so as the options were not available in the pass module.

I'm grieving instead, not being able to receive the beneficial care as outlined per the specialist. Per the specialist in the "Diagnosis/Plan" portion it concluded that "Based on severe distress patient could benefit from being able to express self as female." Two aspects of that, "female clothing and longer hair", were discussed.

Forced masculine gender expression is causing me a great deal of distress, it has led to increased self-harm and suicidal ideation, Mental health has been made aware of it and has encouraged me to talk to the gender specialist about it which in turn has found itself in the notes. Very simply put, "Based upon severe distress patient could benefit from being able to express self as female." Please provide me with medical passes to receive the beneficial care. I have not been provided the care it was noted I would benefit from.

(cc) my records.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Offender Signature: _Samuel Hopkins_ Date: 3/20/2019

Grievance Response:

A review of your medical grievance and documentation has been completed regarding your medical request to have a pass for longer hair and panties.

According to the medical documentation you were seen in the gender dysphoria clinic on 01/30/2019. You feel having these things would improve your thoughts of suicide and self-harm. Unfortunately medical has no control of these policies set forth by TDCJ regarding the length of your hair or panties. You are advised to continue to attend your scheduled appointments with the gender dysphoria clinics and to discuss feelings of self- harm with the mental health staff. All policies and procedures have been followed.

Documentation in the medical record indicates you have been afforded access to proper medical care in accordance with Correctional Managed Health Care Policy E.37.1. You are advised to submit a Sick Call Request if you feel your condition has changed and warrants further evaluation.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____ Date: 3/29/19

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

COPY

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

Case 4:19-cv-05041

Supplement to Complaint, Document Cover Sheet

Description;

    Grievance #2019076803

    Document Length, 4 pages, <u>double</u> and single sided

    Document #26

**Texas Department of Criminal Justice**

# STEP 1

OFFENDER
GRIEVANCE FORM

*Step 3-14-19*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019076803 |
| Date Received: | 2-11-19 |
| Date Due: | 3-28-19 |
| Grievance Code: | 624 |
| Investigator ID #: | 0282 |
| Extension Date: | |
| Date Retd to Offender: | MAR 6 2019 |

Offender Name: Samuel Hopkins          TDCJ # 1986831

Unit: Telford          Housing Assignment: 12-C-37

Unit where incident occurred: Telford

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Medical Complaints Coordinator & Dr Gordon   When? 2/1/19 & 1/30/19

What was their response? TDCJ does not allow me to receive individualized treatment based on my needs

What action was taken? Necessary beneficial treatment was withheld.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The WPATH Standards of Care (SOC) provide the standards for the treatment of individuals with Gender Dysphoria (GD). These standards have been accepted by every major medical association in the world including the American Medical Association, the American Psychiatric Association, the American Psychological Association, and the World Health Organization. Per the SOC, these standards apply in their entirety to institutional settings such as prisons.

The SOC outlines 4 treatment options; (1) Changes in gender expression and role, (2) Hormone Therapy, (3) Surgery, and (4) Psycho-therapy. For purposes such as exploring gender identity, role, and expression... These treatment options are designed to be coordinated together based on the individual needs. Per the SOC "...[f]or others, changes in gender role and expression are sufficient to alleviate gender dysphoria. Some patients may need hormones, a possible change in gender role, but not surgery, others may need... In other words, treatment for gender dysphoria has become more individualized".

I saw Dr Gordon at the GID clinic in Galveston on 1/30/2019. Per our discussion she's only allowed to treat GD with Hormone Therapy options. She would like to help me with additional treatment such as gender role and expression but is not allowed to do so (the very first treatment option in the SOC) but is not allowed to do so. I contacted the Medical Complaints Coordinator at the Telford Unit who confirmed this understanding. TDCJ Policies and Actions have prevented me from receiving individualized treatment.

It has already been noted in my medical record in the past that I would benefit from such care (gender role and expression congruent with my gender identity) in addition to the care I do receive. I am suffering and asking for additional care.

cc

---

I-127 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

COPY

Action Requested to resolve your Complaint.

To receive care recommended regarding gender expression (see 10/30/18), to be evaluated for and receive additional care as needed.

Offender Signature: _Daniel Martin_          Date: 2/7/2019

**Grievance Response:**

Electronic medical record review indicates you have been afforded access to care regarding your Gender Dysphoria. Medical does not have purview over security clothing and hair guidelines and you will need to address those issues with the unit TDCJ Administrator.

Signature Authority: _Cathy McPeak, P.M., Sr._          Date: 3-8-19

Cathy McPeak
P.M., Sr.

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1.  Grievable time period has expired.
☐ 2.  Submission in excess of 1 every 7 days. *
☐ 3.  Originals not submitted.  *
☐ 4.  Inappropriate/Excessive attachments. *
☐ 5.  No documented attempt at informal resolution. *
☐ 6.  No requested relief is stated. *
☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8.  The issue presented is not grievable.
☐ 9.  Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |



**COPY**

Texas Department of Criminal Justice

# STEP 2

**OFFENDER
GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2019076803

UGI Recd Date: MAR 1 4 2019

HQ Recd Date: MAR 1 8 2019

Date Due: 04-28

Grievance Code: 624

Investigator ID#: I0352

Extension Date:

Offender Name: Samuel Hopkins    TDCJ # 1986831

Unit: Telford    Housing Assignment: 12-C-37

Unit where incident occurred: Telford & John Sealy (Galveston)

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The wording of the Step 1 still applies, in response to it's response I answer here. Under Texas Statutes, Title 4 Executive Branch, Subtitle 6 Corrections Sec 501.004 1 states "The department may allow inmates to wear underwear not furnished by the department" Under Texas Gov't Code §§ 493.001, .004, .006(b) 494.001-.009 507.001-.006, BP-02.08 "Statement of Internal Controls" "Policy: The Texas Department of Criminal Justice (TDCJ) shall establish grooming standards for offenders and ensure compliance of resources related to security, safety, and sanitation. The only exceptions shall be due to a documented medical or religious issue." From AD-6.07, Section V(5) "The judgement of health care professionals regarding health related conditions takes precedence over unit operations." Under CHMHS Policy Manual #A-03.1 "Medical Autonomy" it states "Decisions and actions regarding health care services provided to offenders are the sole responsibility of qualified health care personnel and not compromised for security reasons or countermanded by non-clinicians" and, "at the facility level any security policies or practices that contradict direct medical orders should be addressed by the responsible facility authority (TTUHSC) management team (UTMB) and the facility administrator or his/her designee"

It would appear that per Texas Statutes I can be permitted to receive some aspects of the care that the professionals said would be beneficial "female garb and grooming." Again, this falls to medical and not to security as indicated in the Step 1 response. Any conflicts with security would be addressed by medical per policy, not by me.

The issue at the heart of this however is that there seems to be a blanket ban on the treatment options for gender dysphoria other than hormones. Specifically Blanket bans on Gender Role and Expression and surgery. The specialists hands are tied regarding anything other than hormones, preventing individualized treatment based upon our needs. This is exactly

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

what I am facing in regards to my treatment. Please see the Step 1 for that information.

(c c) Copy retained
Attached: Grievance 2019076803

Offender Signature: _Samuel Hopkins_      Date: _3/1/2019_

**Grievance Response:**

In your Step 1 medical grievance, you stated you are not receiving appropriate treatment for your Gender Dysphoria by not receiving not receiving individualized treatment options. You are requesting to receive care recommended regarding gender expression and to be evaluated for and receive additional care.

Review of the health record reveals documentation to support the response at Step 1. Further review shows you continue to be followed by the mental health department concerning your Gender Dysphoria. As stated in the Step 1 response, any issues you may have concerning clothing, hair length, or your request for makeup should be addressed with the warden at your unit of assignment, as these issues do not fall under the purview of the medical department. Review of the documentation shows you have received appropriate medical and mental health treatment in accordance with Correctional Managed Health Care Policy E-37.1.

You are advised to submit a Sick Call Request if you feel your physical or mental condition has changed to warrant further evaluation.

Signature Authority: _____     
STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION
     Date: _3/20/19_

Returned because:    *Resubmit this form when corrections are made.*

- ☐ 1. Grievable time period has expired.
- ☐ 2. Illegible/Incomprehensible.*
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments.*
- ☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
- ☐ 6. Inappropriate.*

**COPY**

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: 1 | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010)          Appendix G

Case 4:19-cv-05041

Supplement to Complaint, Document Cover Sheet

Description;

     Grievance #2019125319

     Document Length, 4 pages, <u>double</u> and single sided

     Document #27



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019125319 |
| Date Received: | 5-20-19 |
| Date Due: | 6-29-19 |
| Grievance Code: | 5508 2115 |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | JUN 1 1 2019 |

Offender Name: Samuel Hopkins     TDCJ # 1986831

Unit: Telford     Housing Assignment: 12-C-37

Unit where incident occurred: Telford

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Wardens Bates, Marshall, and Parker via I-60   When? 5/10/2019

What was their response? No response was given.

What action was taken? No action was taken.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am transgender and diagnosed with gender dysphoria. TDCJ medical has asked that I address my concerns with security. TDCJ medical staff and administration are well aware that treatment of this condition is a serious medical need and inadequate treatment jeopardizes an individual's physical health and mental well being. Medical has noted that I would benefit from some elements of "gender role and expression", the first treatment option listed in the Standards of Care (SOC) the accepted treatment standards for gender dysphoria. Failure to provide treatment in accord with need places persons with gender dysphoria at substantial risk of serious harm that includes depression, anxiety, mental impairment, physical self-harm, and suicide. Refusal to provide treatment in spite of being aware of the serious harm caused by the failure to treat indicates deliberate indifference to a serious medical need, a possible violation of the Eighth amendment's prohibition of cruel and unusual punishment.

Staff at Telford Unit have denied my request for gender role and expression. Specifically I have been denied posession of panties and the ability to grow my hair to the length allowed other women on women's units and this is a denial of an essential part of my gender role and expression. As a documented transgender female I am requesting to wear the same clothing and follow the same policy that a cisgender woman would be allowed to follow.

Medical has advised me to speak to security and/or the warden at my unit. I contacted all three wardens on my unit via I-60 and no one has responded.

McConnell Unit has allowed 3 inmates to grow their hair and it can be done here. Panties create no issue and could be issued just like the bras are. What I am asking for can be done and isn't unreasonable. In addition it would stop the forced masculinization that causes me a great deal of distress and has resulted in the substantial risk of serious harm listed above, all of which have been documented in my record as a result of the forced masculinization and denial

---

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix F

of gender role and expression.

CC.

Action Requested to resolve your Complaint.
~~I'm asking for permission to use and be regulated by female grooming standards~~ and to receive and be allowed the use of panties. Thank You.

Offender Signature: _Samuel Hopkins_     Date: _5/18/2019_

Grievance Response:

Your grievance has been reviewed. Information received from the Necessities Department reveals panties are issued only on female units. The Court's Ruling you referred to in your grievance affects only three Native American offenders at the McConnell Unit. Offenders assigned to a male unit will follow grooming standards set forth for male offenders in the Offender Orientation Handbook. At this time, transgender offenders assigned to male units may not grow their hair long.

Signature Authority: _Bat A_     _Bates_     Date: _06 70 29_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

J-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission    UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____

Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



# COPY

## Texas Department of Criminal Justice

## STEP 2

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019125219 |
| UGI Recd Date: | 06-18-19 |
| HQ Recd Date: | JUN 20 2019 |
| Date Due: | 07-28 |
| Grievance Code: | 508 |
| Investigator ID#: | 12448 |
| Extension Date: | 9-10 |

Offender Name: Samuel Hopkins     TDCJ #1986831

Unit: Telford   CX    Housing Assignment: 12-C-37

Unit where incident occurred: Telford

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am transgender and diagnosed with gender dysphoria. TDCJ medical has asked that I address my concerns with security. TDCJ medical staff and administration are well aware that treatment of this condition is a serious medical need and inadequate treatment jeopardizes an individual's physical health and mental well being. Medical has noted that I would benefit from some elements of "gender role and expression", the first treatment option listed in the Standards of Care (SOC) the accepted treatment standards for gender dysphoria. Failure to provide treatment in accord with need places persons with gender dysphoria at substantial risk of serious harm that includes depression, anxiety, mental impairment, physical self-harm, and suicide. Refusal to provide treatment in spite of being aware of the serious harm caused by the failure to treat indicates deliberate indifference to a serious medical need, a possible violation of the Eighth Amendment's prohibition of cruel and unusual punishment.

Staff at Telford Unit have denied my request for gender role and expression. Specifically I have been denied posession of panties and the ability to grow my hair to the length allowed other women on women's Units and this is a denial of an essential part of my gender role and expression. As a documented transgender female I am requesting to wear the same clothing and follow the same policy that a cisgender woman would be allowed to follow.

Medical has advised me to speak with security and/or the warden of my unit. I contacted all three wardens on my unit and no one has responded. I filed the Step 1 and was unsuccesful in my attempts to recieve important elements of gender role and expression.

McConnell Unit has allowed 3 inmates to grow their hair and it can be done here. Panties create no issue and could be issued just like the bras are. What I am asking for can be done and isn't unreasonable. In addition it would stop the forced masculinization that causes me a great

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

deal of distress and has resulted in the substantial risk of serious harm listed in the first

paragraph, all of which have been documented in my record as a result of the forced masculini-

-zation and denial of gender role and expression congruent with my gender identity.

cc

Offender Signature: _Samuel Hopkins_                    Date: _6/14/2019_

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. You were appropriately advised at Step 1 level. Please refer to that response. No further action is warranted.

Signature Authority: **B. BARNETT** _B Barnett_          Date: _8-26-19_

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**COPY**

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission            CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
2nd Submission               CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
3rd Submission               CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                    Appendix G

Case 4:19-cv-05041

Supplement to Complaint, Document Cover Sheet

Description;

    Grievance #2019094320

    Document Length, 4 pages, <u>double</u> and single sided

    Document #28

**Texas Department of Criminal Justice**

# STEP 1    OFFENDER
GRIEVANCE FORM

*Stp2*   APR 17 2019

| OFFICE USE ONLY |
| --- |
| Grievance #: 2019094320 |
| Date Received: 3-18-19 |
| Date Due: 4-27-19 |
| Grievance Code: SV2 |
| Investigator ID #: 0282 |
| Extension Date: |
| Date Retd to Offender APR 11 2019 |

Offender Name: Samuel Hopkins    TDCJ # 1986831

Unit: Telford    Housing Assignment: 12-C-37

Unit where incident occurred: Telford

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Shaw    When? 3/13/19 App 8 PM

What was their response? They said I would get confiscation papers.

What action was taken? They seized my underwear, did not provide confiscation papers.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I am a partial-op Transwoman with medical recommendations to have female garb and grooming as a part of my treatment plan for Gender Dysphoria (GD) (see my medical record 10/30/2018). To date TDCJ has issued me bras only. For the last 11 months I have also worn appropriate female underwear, panties. It has caused no disruption to the predominantly male environment and in fact was unremarkable.

Upon arrival at this Unit in January I had 4 pairs of panties, 3 were taken by property leaving me with one pair. On 3/13/2019 at approximately 8PM my cell was shaken down. Sgt Shaw showed particular interest in my bras initially, questioning how I have them. Upon finding my panties he loudly mocked them as a thong to embarrass me in front of officers and inmates, they were actually a conservative full cut brief. I explained that I had medical recommendations for them. He took them, had them taken. I demanded confiscation papers so I could document the interference in my medical treatment. He said he would provide them. Chance Biggos cell 12-C-41 witnessed the exchange and is willing to be a witness. No papers have been provided therefore I am documenting it with this grievance.

Under Texas Statutes, Title 4 Executive Branch, Subtitle 6, Sec 501.004 it states; "The department may allow inmates to wear underwear not furnished by the department."

The Issues here then are the following: 1) I have recommendations for panties, 2) which by law TDCJ may allow me to have 3) that having and wearing them continuously for a period of 11 months created no safety or security concerns of note that would justify seizing them; and 4) that TDCJ officers are seizing them and interfering with my medical treatment.

---

(cc) Copy retained

---

**I-127 Front** (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.** That I be provided with a suitable number of panties, in my size, for normal wear and that TDCJ officers stop seizing them.

**Offender Signature:** Samuel Hopkins **Date:** 3/16/19

**Grievance Response:**

Be advised Sgt J Shaw was questioned regarding your panties being confiscated. Sgt Shaw has provided a written statement denying that allegation. Property Officer J Hughes was also contacted and she stated you did not come to Telford Unit with panties and panties are not provided on this unit as boxers are provided. No further action is warranted.

**Signature Authority:** Bates **Date:** 4-11-19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

Appendix F



Texas Department **COPY** Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2019094320

UGI Recd Date: APR 17 2019

HQ Recd Date: APR 22 2019

Date Due: 05-27

Grievance Code: 512

Investigator ID#: 11312

Extension Date: 20

Offender Name: Samuel Hopkins    TDCJ # 1986631

Unit: Telford    Housing Assignment: 12-C-37

Unit where incident occurred: Telford

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). *I am dissatisfied with the response at Step 1 because.*
The statement that I made in the Step 1 still stands. Per Texas Gov't Code § 501.004 "The department may allow inmates to wear underwear not furnished by the department." My panties were not issued by the department but were handmade 1 year ago. While Mrs. Hughes may not recall the seizure of my panties I have little doubt that Sgt. Shaw does. Regarding Hughes, upon arrival at the unit Mrs. Hughes discovered 3 pairs of panties in my bra bag. I did explain that I am a partial-op Transwoman with medical recommendations for them. She said that she would speak to "medical" about it and since "medical" consisted of one employee with only a roster of incoming inmates the results were as expected. Sgt. Shaw was a different story altogether. We had extensive interaction that night. The entire top row 12-C-36 to 12-C-42 was sent to the dayroom in boxers, I wore shorts and a bra. In the dayroom he pointed at my chest and asked "what is that" referring to my bra. I said it was a bra. He asked if they sold that on commissary (implying contraband), I explained that "no, they issue them to me because I have breasts". He ordered me to get a t-shirt, I complied. He then supervised the ransacking of my house. He asked how many bras inmates were allowed to have, then accused me of lying, telling me that I can get in big trouble for lying to an officer. He loudly mocked my conservative briefs when they were found calling them a thong to the entire section, whereupon I loudly demanded confiscation papers. I said that they were not a thong, said that I have medical recommendations for them and that I'm suing for trans rights. I had to be calmed down by 12-C-41 and 12-C-42 as I was manic by this point. I was yelling for a minute or two about my panties. When the shakedown was finished he repeated my cell number and said he would provide me with confiscation papers. No papers were provided and now it appears that Sgt. Shaw is denying the whole incident.

In both cases officers were within their rights to seize my panties but by law they could also have allowed me to retain them. There was a choice. Both officers were informed that I have gender dysphoria and have medical recommendations for them. Sgt. Shaw displayed derision and maliciousness showing deliberate indifference to my medical needs. Panties have created no threat to security, have been rather unremarkable until I came to this unit where the officers keep confiscating them. As it helps me with my gender dysphoria I will of course replace them. It bothers no inmates, as a woman in fact it is expected. Forced masculinization is bizarre and

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix C

cruel, it is a form of punishment not inflicted on cisgendered females, only to the transgender ones. It causes distress to many transgender inmates like myself. In this case it is clearly a choice as the law permits the department to allow us to wear underwear not furnished by the department yet the department is nonetheless seizing them.

(cc)

Offender Signature: _Samuel Hopkins_          Date: 4/15/19

Grievance Response:

An investigation was conducted into your request. Inventories reviewed do not reveal panties. Unless these items are specifically assigned to you as are the bras, they will not be allowed. No further action is warranted.

Signature Authority: T. PHILLIPS          Date: 7-1-19

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

COPY

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials:

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

2nd Submission          CGO Initials:

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

3rd Submission          CGO Initials:

Date UGI Recd:

Date CGO Recd:

(check one) ____ Screened ____ Improperly Submitted

Comments:

Date Returned to Offender:

I-128 Back (Revised 11-2010)          Appendix G

Case 4:19-cv-05041

Supplement to Complaint, Document Cover Sheet

Description;

    Grievance #2019117999

    Document Length, 4 pages, <u>double</u> and single sided

    Document #29



**Texas Department of Criminal Justice**

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _2019117999_ |
| Date Received: _5-6-19_ |
| Date Due: _6-15-19_ |
| Grievance Code: _508_ |
| Investigator ID #: _0282_ |
| Extension Date: _____ |
| Date Retd to Offender: JUN 14 2019 |

Offender Name: _Samuel Hopkins_ TDCJ # _1986831_

Unit: _Telford_ Housing Assignment: _12-C-37_

Unit where incident occurred: _Telford_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Victor M. Raggs (Sergeant of Corr Off.)_ When? _5/2/2019_

What was their response? _They repeated their order and yelled when I asked their name._

What action was taken? _Forced masculine gender expression, officer orders were followed._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

TDCJ is preventing me from grooming my hair according to my medical recommendations as of 10/30/2018 and even further restricting it even beyond stated grooming policy per the TDCJ Offender Orientation Handbook. As this boils down to one issue, restriction on my gender expression as it relates to hair I'm grieving this as a single issue.

At approximately 11:45 Am on 5/2/2019 I was stopped on my way to chow by Victor M. Raggs, (Sergeant of Corr Off.) who ordered me to get a haircut. My haircut was in compliance, cut around the ears, on the neck, not a tail or mohawk, neither shag nor afro, not a fad or extreme. Safekeeping was on the way to chow and I asked if I could be permitted to to eat with safekeeping (I was worried about being forced to eat with population). He denied my request and he walked me to the barbershop. I asked his name as I can't see well enough to read it and he started screaming at me about his name and that he was the building Sgt. At the barbershop I was 3rd in line outside. Sgt Raggs had been selectively targeting transgender inmates for forced haircuts. All of us were transgender females such as myself who tend to wear our hair longer and styled in a feminine manner consistent with our gender identity, but were compliant with grooming standards according to the Offender Orientation Handbook. The Sgt did come back and allow us to go to chow and then get our hair cut. I complied with all orders given. While in the barbershop I asked if there were any posted rules different from the Offender Orientation Handbook and there were not.

Forced masculine gender expression causes extreme distress, for myself I broke down several times in response to the incident, ultimately getting help from mental health that afternoon.

cc) My records

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.**
Stop targeting of feminine hairstyles and also in my case to also consider the use of female
grooming standards.

Offender Signature: _Samuel Hopkins_       Date: 5/3/2019

**Grievance Response:**

Your allegations have been reviewed and reported to the appropriate
authority for further review. According to your interview with Safe Prison
Program Sgt Oakes stated that Sgt Raggs just happened to be the sergeant
enforcing haircuts and he was not targeting transgenders.  You further stat-
ed you are currently working on a lawsuit to allow transgenders to grow
longer hair. Information received reveals there is not anything in place to
resolve your complaint and grooming standards must be adhered to.

Signature Authority: _Bat A_      Bates      Date: 6-14-19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**      *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

*Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.*

Medical Signature Authority:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2ⁿᵈ Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3ʳᵈ Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

COPY

**OFFICE USE ONLY**

Grievance #: 2019119109

UGI Recd Date: JUN 21 2019

HQ Recd Date: JUN 28 2019

Date Due: 08-0+

Grievance Code: 500

Investigator ID#: 10742127104

Extension Date: 9-16

Offender Name: Samuel Hopkins    TDCJ # 1986831

Unit: Telford    Housing Assignment: 12-C-37

Unit where incident occurred: Telford

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**  *I am dissatisfied with the response at Step 1 because...*

As I stated to Sgt. Oakes the issue is forced masculinization or alternative restriction on gender role and expression. As I stated in the Step 1, my hair was in compliance. As I explained to Sgt Oakes the individuals targetted that day were all transgender, we tend to wear our hair longer, Sgt Raggs just happened to be the one cracking down on us but really it could have been anyone. I do not know if his actions were motivated by animus or not. The issue boils down to the first and last paragraph of the Step 1. Please note that my hair was in compliance when I was forced to cut it and that I am complying with stated grooming policy. However please note that forced masculinization is causing me extreme distress. It has resulted in suicidal ideation and self mutilation all of which mental health is aware of. On the day of my forced haircut I was able to get help from mental health but ultimately it did result in self injury. Sgt Oakes is correct in that I am actively trying to get the issue of gender role and expression resolved. I have medical recommendations that have not resulted in any accommodations and have been pushed back onto having me, not medical, address this with security. I have attempted to do so, even going so far as to contact all 3 wardens on my unit. They did not respond. As far as I can tell no one has actually looked into even the possibility of accommodating my medical needs.

 Longer hair has presented no security issues on female units, apparently isn't being used to smuggle contraband or is easily searchable. The largest prison system in the country outside of Texas, the Federal Bureau of Prisons, has had no issues with longer hair and has been still allowing hair of any length since at least 1996. What is going on here is that TDCJ has decided to rigidly enforce gender stereotypes and not permit gender role and expression for the transgender female inmates such as myself. This has resulted in psychological harm as well as actual physical harm.

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

CC Copy retained.

Offender Signature: _Samuel Hopkins_      Date: _6/15/2019_

Grievance Response:

Step 1 addressed your concerns. Offender Orientation Handbook, page 12, male offenders shall keep their hair trimmed up the back of their neck and head. Hair shall be neatly cut. Hair shall be cut around the ears. Sideburns shall not extend below the middle of the ears. No block style, afro, or shag haircuts shall be permitted. No fad or extreme hairstyles/haircuts are allowed. No mohawks, tails, or designs cut into the hair are allowed. No further action warranted.

Signature Authority: _V Ba___      Date: _9-10-19_

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

COPY

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) _____ Screened _____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) _____ Screened _____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) _____ Screened _____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

I-128 Back (Revised 11-2010)      Appendix G