9/13/2020

Re; Case 4:19-cv-05041, Lilly Anne Hopkins v. Lorie Davis, et al.

To The Clerk of The Court,

I have received and am reviewing the Martinez v. Aaron Report along
with the opinion of Psychologist Shana L. Khawja, who is neither a
Gender Specialist nor appears to have experience in diagnosing and
treating Gender Dysphoria, as well as the Authenticated Records.

I have identified many innaccurate statements, items taken out of
context, and mistakes. I would like the opportunity to provide a
response and rebuttal to the Martinez v. Aaron report and Opinion
of the Defendants. What is the manner in which I may do so? Please
advise. Thank You.

Regards,
Lilly Anne Hopkins

Lilly Anne Hopkins, A.K.A.
Samuel Hopkins #1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

Lilly Anne Hopkins, A.K.A.,
Samuel Hopkins #1986831
Connally Unit
899 FM 632
Kenedy, TX 78119

— Legal Mail —

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 SEP 2020 PM 4 L

United States Courts
Southern District of Texas
FILED

SEP 16 2020

David J. Bradley, Clerk of Court

The Clerk of The Court
United States District Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston, TX 77208

77208-101010