United States Courts
Southern District of Texas
FILED

MAR 15 2021

Nathan Ochsner, Clerk of Court

March 11th, 2021

To the Clerk of the Court,

Enclosed should be the following:

- Motion to exclude testimony
- Plaintiff's Memorandum in support of motion to exclude testimony
  - Exhibits A-E (Could not obtain single sided copies)

Please let me know if you have any questions or there are any issues.

Respectfully,
*Lilly Anne Hopkins*
Lilly Anne Hopkins