IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

**MAR 15 2021**

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| LILLY ANNE HOPKINS,<br>    Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. 4:19-cv-05041 |
| LORIE DAVIS, et al.,<br>    Defendants. | §<br>§<br>§<br>§ |

## MOTION TO UNSEAL "SUPPLEMENT" AND ACCOMPANYING DOCUMENTS

1. Plaintiff, Lilly Anne Hopkins, asks the Court to unseal the documents accompanying her "Supplement", Dkt.# 26, Dkt.#27, and Dkt.#28. Some of the documents submitted were unable to be located by Plaintiff within the Martinez report submitted by the State, Dkt.#24. Plaintiff is requesting that these attachments be visible for future reference. Plaintiff is not requesting to unseal the Martinez report, only the "Supplement", Dkt#26, Dkt.#27, and Dkt.#28.

2. The Court should not seal the aforementioned records because the limited medical records will not be used for an improper purpose and Plaintiff has carefully selected the specific documents that she has accepted for disclosure.

3. The Court should not seal the aforementioned records because Plaintiff does not have access to a copier and the only way for her to easily have a copy of the aforementioned documents in their entirety will for them to be visible so she can purchase them through a third party.

4. The Court should not seal the aforementioned records because Plaintiff will be seeking the Defendant&s Admission's and verification of the evidence submitted.

5. Lastly, through the Plaintiff's Complaint and other Documents the public already has access to the specific information contained

1

within the aforementioned Documents.

## CONCLUSION

For these reasons the Plaintiff asks the Court to unseal Dkt.#26, Dkt.#27, and Dkt.#28.

Respectfully submitted,

By: *Lilly Anne Hopkins AKA Samuel Hopkins*  3/11/21
Lilly Anne Hopkins AKA Samuel Hopkins
Connally Unit
899 FM 632
Kenedy, TX 78119

2

United States Courts
Southern District of Texas
FILED

MAR 15 2021

Nathan Ochsner, Clerk of Court

March 11th, 2021

To the Clerk of The Court,

    Enclosed please find a Motion to unseal the Supplement to the Claim and it's accompanying documents as well as a prepared order to accompany that Motion.

    Please let me know if oyu have any questions or there are any issues. Also sent on this date via seperate envelope was the Memorandum and Motion to Exclude the testimony of Shana L. Khawaja.

    Respectfully Submitted,
    Lilly Anne Hopkins