IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, aka SAMUEL HOPKINS, TDCJ #1986831, JOHN B. CONNALLY UNIT, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil No. 4:19-CV-05041 |
| LORIE DAVIS, TDCJ-CID DIRECTOR, LANNETTE LINTHICUM, TDCJ HEALTH SERVICES DIV. DIR., DR. JOSEPH PENN, UTMB, HEAD OF TDCJ PSYCHIATRY, DR. ROBERT BARROW, CMHCC MEMBER AND CHAIRPERSON, DR. BEN RAIMER, CMHCC MEMBER, DR. CYNTHIA JUMPER, CMHCC MEMBER, ERIN WYRICK, CHMCC MEMBER, DR. PRESTON JOHNSON, CMHCC MEMBER, DR. PARKER HUDSON III, CHMCC MEMBER, DR. JOHN BURMUSA, CMHCC MEMBER, KELLY GARCIA, CMHCC MEMBER | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Danielle J. Healey of Fish & Richardson P.C. is counsel of record for Plaintiff Lilly Anne Hopkins, aka Samuel Hopkins, TDCJ #1986831, in the case, and may receive all communications from the Court and other parties at:

Danielle J. Healey
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: 713-654-5300
Fax: 713-652-0109
healey@fr.com

Dated:  June 8, 2021

By: */s/ Danielle J. Healey*
Danielle J. Healey
Texas State Bar No. 09327980
Fed. ID No. 000035021
healey@fr.com
Jayme Partridge
Texas State Bar No. 17132060
Fed. ID No. 19621
partridge@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: 713-654-5300
Fax: 713-652-0109

Brian Klosterboer
Texas State Bar No. 24107833
S.D. Tex. 3314357
bklosterboer@aclutx.org
Savannah Kumar
(*pro hac vice forthcoming*)
Texas State Bar No. 24120098)
skumar@aclutx.org
Adriana Piñon
Texas State Bar No. 24089768
S.D. Tex. 1829959
apinon@aclutx.org
Andre Segura
Texas State Bar No. 24107112
S.D. Tex. 3123385
asegura@aclutx.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS, INC.**
5225 Katy Fwy., Suite 350
Houston, Texas 77007
Telephone: 713-942-8146
Fax: 713-942-8966

*Counsel for Plaintiff Lilly Anne Hopkins, aka Samuel Hopkins, TDCJ #1986831*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record on this 8th day of June 2021 via ECF.

                                              */s/ Danielle J. Healey*
                                              Danielle J. Healey