United States District Court
Southern District of Texas

**ENTERED**
July 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-05041 |
|---|---|---|---|

Lilly Anne Hopkins

*versus*

Lorie Davis, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sarah E. Jack<br>Fish & Richardson P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>612-335-5070; jack@fr.com<br>MN Bar No. 0400118 |
|---|---|

| Name of party applicant seeks to appear for: | Lilly Anne Hopkins |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/13/2021 | Signed: | /s/ Sarah E. Jack |
|---|---|---|

The state bar reports that the applicant's status is: Eligible to Practice

Dated: _____   Clerk's signature

**Order**

Dated: 7/15/21

This lawyer is admitted *pro hac vice*.

_____
United States District Judge