United States District Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lilly Ann Hopkins, | § | |
| | § | |
| v. | § | Civil Action No.: 4:19-5041 |
| | § | |
| Lorie Davis, | § | |

## ORDER

Pending before the Court are the Motion to Exclude Testimony (Doc. # 32), Motion to Exclude Testimony of the Office of the Attorney General of Texas (Doc. # 33), Motion to Unseal Supplement and Accompanying Documents (Doc. # 34) and Motion Requesting Copy of Docket # 24 and Other Filings (Doc. # 43). Having considered the motions and the applicable law, the foregoing motions are denied. Accordingly, the Court hereby

ORDERS that the motions are DENIED.

Signed at Houston, TX on the \_\_\_\_10\_\_\_\_ day of September, 2021.

DAVID HITTNER
United States District Judge