United States District Court
Southern District of Texas
**ENTERED**
October 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANN HOPKINS, A.K.A. SAMUEL HOPKINS, TDCJ #1986831, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. H-19-5041 |
| BOBBY LUMPKIN, et al., | § § § | |
| *Defendants.* | § | |

## ORDER TO ISSUE SUMMONS

Plaintiff, Lilly Ann Hopkins (TDCJ #1986831), is an inmate in the Texas Department of Criminal Justice. Plaintiff, who proceeds *in forma puaperis*, filed a Second Amended Complaint under 42 U.S.C. § 1983, alleging deliberate indifference to her serious medical needs by denying adequate treatment for gender dysphoria. Dkt. #48. Therefore, with respect to the above-styled cause of action, the Court **ORDERS** as follows:

1. The Clerk's Office shall issue summons and will deliver the summons to the United States Marshal, who shall serve a copy of the Second Amended Complaint (Dkt. #48) upon the following defendants:

   (a) Senior Warden Phonso Rayford, Assistant Warden Roger Boyd, Assistant Warden Calvin Davis, and Nurse Practitioner Pamela Wagner, all located at the Connally Unit, 899 FM 632, Huntsville, TX 78119;

(b) Joseph Penn, Director of Mental Health Services at University of Texas Medical Correctional Managed Care, located at 301 University Blvd., Galveston, TX 77555;

(c) Bobby Lumpkin, Director of Texas Department of Criminal Justice – Correctional Institutions Division, located at P.O. Box 99, Huntsville, TX 77342; and

(d) Lannette Linthicum, Director of the Texas Department of Criminal Justice Health Services Division, located at 2 Financial Plaza Suite #625, Huntsville, TX 77340.

2.  The defendants shall have **forty (40) days** from receipt of service of process in which to answer or otherwise plead in response to the allegations in plaintiff's Second Amended Complaint.

3.  After the defendants have filed an answer, the court will set this case for a pretrial scheduling conference under Fed. R. Civ. P. 16.

SIGNED at Houston, Texas, on ____Oct 4____, 2021.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE