U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
UNITED STATES MARSHAL

2021 OCT -8 AM 10: 32

SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lilly Anne Hopkins | 4:19-cv-5041  4:2019-cv-05041 |
| DEFENDANT | TYPE OF PROCESS |
| Bobby Lumpkin, et al | Order, Summons |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Assistant Warden Calvin Davis

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Connally Unit 899 FM 632 Kennedy, TX 78119

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| United States Courts<br>515 Rusk St.<br>Houston, TX 77002 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 7 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713-250-5500 | DATE 10/8/2021 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 10/13/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 10/12/2021 | Time 9:32 ☒ am ☐ pm |
|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy<br>Joseph Castro |
|---|---|

| Service Fee $65.00 | Total Mileage Charges (including endeavors) N/A | Forwarding Fee | Total Charges $65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS  I Contacted The warden's office @ The Connally Unit. The warden's secretary stated That Asst. Warden Calvin Davis is not employed @ The Connally Unit. I was not provided w/ a forwarding address of current facility to Serve Calvin Davis. VTL

United States Courts
Southern District of Texas
FILED

OCT 13 2021

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Nathan Ochsner, Clerk of Court

Form USM-285
Rev. 11/18