**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lilly Anne Hopkins | 4:19-cv-5041  4:2019-cv-05041 |
| DEFENDANT | TYPE OF PROCESS |
| Bobby Lumpkin, et al | Order, Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bobby Lumpkin
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O. Box 99, Huntsville, TX 77342

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Courts
515 Rusk St.
Houston, TX 77002

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk  30178 | Date 10/7/2021 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 10/12/2021   Time: 2:02 pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
30178
J. CASTRO

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:
Cert mail 7019 2280 0002 0708 2972
Served via certified mail. S/c arrived
@ P.O. Box 99 on 10/8/2021 @ 10:03AM.
(See attached tracking & delivery receipt)

United States Courts
Southern District of Texas
**FILED**
OCT 13 2021
Nathan Ochsner, Clerk of Court

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE   Form USM-285 Rev. 11/18

# USPS Tracking®

FAQs >

## Track Another Package +

Remove X

**Tracking Number:** 70192280000207082972

Your item arrived at the Post Office at 10:23 am on October 9, 2021 in HUNTSVILLE, TX 77340.

## Arrived at Post Office

October 9, 2021 at 10:23 am
HUNTSVILLE, TX 77340

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

October 9, 2021, 10:23 am
Arrived at Post Office
HUNTSVILLE, TX 77340
Your item arrived at the Post Office at 10:23 am on October 9, 2021 in HUNTSVILLE, TX 77340.

---

October 8, 2021, 11:31 pm
Arrived at USPS Regional Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

---

**Product Information** ∨