| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

RECEIVED
UNITED STATES MARSHAL
2021 OCT -8 AM 10: 31
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lilly Anne Hopkins | 4:19-cv-5041   4:19-cv-05041 |
| DEFENDANT | TYPE OF PROCESS |
| Bobby Lumpkin, et al | Order, Summons |

United States Courts
Southern District of Texas
FILED
OCT 22 2021
Nathan Ochsner, Clerk of Court

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Senior Warden Phonso Rayford

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Connally Unit 899 FM 632 Kennedy, TX 78119

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Courts
515 Rusk St.
Houston, TX 77002

| Number of process to be served with this Form 285 | 3 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /S. Arnow | ☐ DEFENDANT | 713-250-5500 | 10/6/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 79 | 79 | | 10/12/2021 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 10/22/2021 | 11:30 | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Joins Joseph Castro |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

REMARKS
- Sent USPS Certified mail # 7019 2280 0002 0708 2996
- Served via certified mail. Delivered on 10/18/2021 @ 10:43 AM. (See attached proof)

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70192280000207082996

Remove ✕

Your item was picked up at the post office at 10:43 am on October 18, 2021 in KENEDY, TX 78119.

## ⊘ Delivered, Individual Picked Up at Post Office

October 18, 2021 at 10:43 am
KENEDY, TX 78119

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

October 18, 2021, 10:43 am
Delivered, Individual Picked Up at Post Office
KENEDY, TX 78119
Your item was picked up at the post office at 10:43 am on October 18, 2021 in KENEDY, TX 78119.

October 13, 2021, 12:37 pm
USPS in possession of item
HOUSTON, TX 77208

---

**Product Information** ∨

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Caughes_ C. Date of Delivery |
| 1. Article Addressed to:<br><br>TDCJ-Connally Unit<br>Attn: Warden Phonso Rayford's Office<br>899 FM 632<br>Kenedy, TX 78119<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5383 9189 6765 04 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2280 0002 0708 2996 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt