**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES MARSHAL
2021 OCT -7 AM 8:42
SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lilly Anne Hopkins | 4:19-cv-5041  4:19-cv-05041 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Bobby Lumpkin, et al | Order, Summons |

United States Courts
Southern District of Texas
FILED
OCT 22 2021
Nathan Ochsner, Clerk of Court

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lannette Linthicum,
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2 Financial Plaza Suite #625, Huntsville, TX 77340

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Courts
515 Rusk St.
Houston, TX 77002

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 7
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 10/7/2021 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 10/21/2021 | Time 1254 ☐ am ☒ pm |
|---|---|---|

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
J Castro 3018

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ | | | $ | | |

REMARKS
Cert mail 7019 2280 0000 0708 2989
- Served via certified mail, Delivered on 10/12/2021 @ 2:55 PM. (See attached)

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70192280000207082989

Your item was delivered to the front desk, reception area, or mail room at 2:55 pm on October 12, 2021 in HOUSTON, TX 77002.

## ✓ Delivered, Front Desk/Reception/Mail Room

October 12, 2021 at 2:55 pm
HOUSTON, TX 77002

Feedback

Get Updates ∨

---

Text & Email Updates                                    ∨

---

Tracking History                                        ∨

---

Product Information                                     ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X U.S MARSHALS ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): U.S Marshal C-15  C. Date of Delivery: 10·12·21 |

Lannette Linthicum
2 Financial Plaza Suite # 625
Huntsville, TX 77340

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 5383 9189 6764 81

2. Article Number (Transfer from service label)
7019 2280 0002 0708 2989

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt