U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lilly Anne Hopkins | 4:19-cv-5041  4:2019-CV-05041 |
| DEFENDANT | TYPE OF PROCESS |
| Bobby Lumpkin, et al | Order, Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joseph Penn
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
301 University Blvd., Galveston, TX 77555;

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Courts
515 Rusk St.
Houston, TX 77002

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 7
Check for service on U.S.A.

Received stamps:
UNITED STATES MARSHAL  2021 OCT 13 AM 10:60  SOUTHERN DIST. S/TX
UNITED STATES MARSHAL  2021 OCT -7 AM 8:41  SOUTHERN DIST. S/TX

United States Courts
Southern District of Texas
FILED
NOV 2 2021
Nathan Ochsner, Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | Scott | 10/7/2021 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 11/1/2021 | Time 10:24 ☒ am ☐ pm |
|---|---|---|

Address (complete only different than shown above)
200 River Pointe Dr.
Conroe, TX 77304

Signature of U.S. Marshal or Deputy
J. Castro 3572S

| Service Fee 65.00 | Total Mileage Charges (including endeavors) 92.24 | Forwarding Fee 8 | Total Charges $75.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

**REMARKS**

— Endeavor 1. Attempted to serve Joseph Penn at address provided above, but Penn works at UTMB in Conroe located at:
200 River Pointe Dr. Conroe, TX 77304 Suite 200 ph# 936-494-4183
Returned to the Houston office for service

— Sent cert mail on 10/18/2021 # 7019 2280 0002 0708 3160

— Delivered/left w/ individual on 10/25/2021 @ 1:43 PM
(See attached)

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70192280000207083160

Remove ✕

Your item was delivered to an individual at the address at 1:43 pm on October 25, 2021 in CONROE, TX 77304.

## ✓ Delivered, Left with Individual

October 25, 2021 at 1:43 pm
CONROE, TX 77304

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

October 25, 2021, 1:43 pm
Delivered, Left with Individual
CONROE, TX 77304
Your item was delivered to an individual at the address at 1:43 pm on October 25, 2021 in CONROE, TX 77304.

October 23, 2021, 10:44 am
Delivery Attempted - No Access to Delivery Location
CONROE, TX 77304

October 23, 2021, 6:57 am
Out for Delivery
CONROE, TX 77301

October 23, 2021, 6:46 am
Arrived at Post Office
CONROE, TX 77301

October 19, 2021, 10:54 am
Acceptance
HOUSTON, TX 77208

**Product Information**

See Less ∧



Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**