United States District Court
Southern District of Texas
**ENTERED**
December 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LILLY ANNE HOPKINS, aka SAMUEL HOPKINS, TDCJ #1986831, JOHN B. CONNALLY UNIT, <br><br> Plaintiff <br><br> v. <br><br> LORIE DAVIS, TDCJ-CID DIRECTOR, LANNETTE LINTHICUM, TDCJ HEALTH SERVICES DIV. DIR., DR. JOSEPH PENN, UTMB, HEAD OF TDCJ PSYCHIATRY, DR. ROBERT BARROW, CMHCC MEMBER AND CHAIRPERSON, DR. BEN RAIMER, CMHCC MEMBER, DR. CYNTHIA JUMPER, CMHCC MEMBER, ERIN WYRICK, CHMCC MEMBER, DR. PRESTON JOHNSON, CMHCC MEMBER, DR. PARKER HUDSON III, CHMCC MEMBER, DR. JOHN BURMUSA, CMHCC MEMBER, KELLY GARCIA, CMHCC MEMBER <br><br> Defendants. | Civil No. 4:19-CV-05041 |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS

IT IS ORDERED that the parties' Joint Motion for Extension of Time for Briefing of Defendants' Motions to Dismiss be GRANTED.

Plaintiff's omnibus Response to Dkt. Nos. 57, 58, 59, and 60, and the anticipated Motion to Dismiss of defendant Joseph Penn, is due on January 14, 2022.

Defendants' Reply is due January 28, 2022.

1

SIGNED at Houston, Texas, on this 6th day of December, 2021.

*David Hittner*
DAVID HITTNER
United States District Judge