United States District Court
Southern District of Texas
**ENTERED**
December 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, a/k/a SAMUEL HOPKINS, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. H-19-4051 |
| BOBBY LUMPKIN, et al., | § § § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The plaintiff, Lilly Anne Hopkins, a/k/a Samuel Hopkins, has filed a Second Amended Civil Rights Complaint under 42 U.S.C. § 1983, naming multiple government officials as defendants. (Dkt. 48). Defendant Bobby Lumpkin responded with a Motion to Dismiss filed on November 18, 2021, (Dkt. 57), and a Supplemental Motion to Dismiss on November 22, 2021. (Dkt. 59). Defendant Lannette Linthicum responded with a Motion to Dismiss filed on November 22, 2021. (Dkt. 58). Defendants Phonso Rayford, Roger Boyd, and Pamela Wagner responded with a Joint Motion to Dismiss on November 29, 2021. (Dkt. 60). Defendant Joseph Penn has not yet responded to the second amended complaint.

On December 2, 2021, the parties filed a joint motion for extension of time for Hopkins to respond to the defendants' motions to dismiss. (Dkt. 61). The parties

indicate that Defendant Penn anticipates responding to the second amended complaint on or about December 6, 2021. (*Id.* at 2). The parties jointly ask the Court to extend Hopkins's deadline to respond to the various motions to dismiss and allow Hopkins to file one omnibus response on or before January 14, 2022. (*Id.*). The deadline for the defendants to file any reply would be January 28, 2022. (*Id.*).

Having reviewed the joint motion, the Court **orders** as follows:

1. The parties' joint motion for extension of time (Dkt. 61) is **GRANTED**.

2. Hopkins' response(s) to the defendants' motions to dismiss is due on or before **January 14, 2022**. The defendants' reply to the response(s) is due on or before **January 28, 2022**.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Houston, Texas, on ___December 6___, 2021.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE