IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, aka § | | |
| SAMUEL HOPKINS, TDCJ #1986831, § | | |
| JOHN B. CONNALLY UNIT, § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | Civil No. 4:19-CV-05041 | |
| § | | |
| BOBBY LUMPKIN, et al., § | | |
| § | | |
| Defendants. § | | |

## **[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**

The Court, having examined all of the briefing on the Defendants' Motions to Dismiss, is of the opinion that the motions should be DENIED.

Signed, this ____day _____, 2022.

_____
US DISTRICT COURT JUDGE