United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lilly Ann Hopkins, | § | |
| | § | |
| v. | § | C.A. Action H-19-5041 |
| | § | |
| Bobby Lumpkin, et al, | § | |

## ORDER

IT IS ORDERED that Plaintiff's Motion for Leave to File Surreply is GRANTED.

SIGNED at Houston, Texas, on this 7th day of February, 2022.

　　　　　　　　　　　　　　　　　David Hittner
　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　United States District Judge