United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LILLY ANNE HOPKINS, a/k/a §<br>SAMUEL HOPKINS, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>BOBBY LUMPKIN, et al., §<br>§<br>*Defendants*. § | CIVIL ACTION NO. H-19-4051 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED
## MOTION FOR LEAVE TO FILE SURREPLY

The plaintiff, Lilly Anne Hopkins, a/k/a Samuel Hopkins, has filed a Second Amended Civil Rights Complaint under 42 U.S.C. § 1983, naming multiple government officials as defendants. (Dkt. 48). The defendants responded with motions to dismiss. (Dkts. 57, 58, 59, 60, 64). With leave of Court, the plaintiff filed a consolidated response to the defendants' motions. (Dkt. 68). The defendants then filed a reply to the plaintiff's consolidated response. (Dkt. 71). The plaintiff has now filed an unopposed motion for leave to file a surreply to the defendants' reply to address two arguments raised for the first time in that reply. (Dkt. 72).

Having reviewed the motion, the Court **ORDERS** as follows:

1. The plaintiff's unopposed motion for leave to file a surreply in response to the defendants' consolidated reply (Dkt. 72) is **GRANTED**.

2. The Clerk is directed to file Exhibit A to the plaintiff's motion (Dkt. 72-1) as a separate docket entry titled "Surreply to Defendants' Reply."

The Clerk will provide a copy of this Order to the parties.

Signed on February 7, 2022, at Houston, Texas.

*David Hittner*
David Hittner
United States District Judge