IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, AKA<br>SAMUEL HOPKINS, TDCJ #198683<br>    *Plaintiff,*<br><br>v.<br><br>BOBBY LUMPKIN, et al.,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:19-CV-5041 |

**DEFENDANTS' NOTICE OF APPEARANCE OF CO-COUNSEL**

Defendants Bobby Lumpkin, Lannette Linthicum, Roger Boyd, Phonso Rayford, Pamela Wagner and Joseph Penn (collectively, "Defendants") respectfully file this notice of appearance of co-counsel. Assistant Attorney General Sheaffer K. Fennessey hereby enters her appearance on behalf of the above-named individuals. Jacob E. Przada remains the attorney-in-charge for Defendants.

Defendants respectfully request that all electronic notices for this case be sent to AAG Fennessey at the email address listed below.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Sheaffer K. Fennessey
**SHEAFFER K. FENNESSEY**
Attorney-In-Charge
Assistant Attorney General
Texas State Bar No. 24109859
Southern District I.D. No. 3439719

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814
Sheaffer.fennessey@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **SHEAFFER K. FENNESSEY**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Defendants' Notice of Appearance of Co-Counsel** in accordance with the Electronic Case Files System of the Southern District of Texas on May 18, 2022.

/s/ Sheaffer K. Fennessey
**SHEAFFER K. FENNESSEY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **SHEAFFER K. FENNESSEY**, certify that a true and correct copy of the foregoing, **Defendants' Notice of Appearance of Co-Counsel**, has been served by email, on May 18, 2022 to:

Sarah E Jack
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
612-335-5070
jack@fr.com

Savannah Kumar
ACLU Foundation of Texas, Inc.
5225 Katy Freeway
Suite 350
Houston, TX 77007
713-942-8146
skumar@aclutx.org

Adriana Pinon
American Civil Liberties Union of Texas
PO Box 8306
Houston, TX 77288
713-942-8146 Ext 111
apinon@aclutx.org

Andre Ivan Segura
ACLU of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007
713-942-8146
asegura@aclutx.org

Brian Klosterboer
ACLU of Texas
PO Box 8306
Houston, TX 77288
713-942-8146
bklosterboer@aclutx.org

Danielle Joy Healey
Fish Richardson PC
1221 McKinney St
Ste 2800
Houston, TX 77010
713-654-5300
healey@fr.com

Jayme Partridge
Fish & Richardson P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010
713-654-5357
Partridge@fr.com

/s/ Sheaffer K. Fennessey
**SHEAFFER K. FENNESSEY**
Assistant Attorney General