IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LILLY ANNE HOPKINS, aka SAMUEL HOPKINS, TDCJ #1986831, JOHN B. CONNALLY UNIT,<br><br>Plaintiff<br><br>v.<br><br>BOBBY LUMPKIN, et al.,<br><br>Defendants. | §§§§§§§§§§§§ Civil No. 4:19-CV-05041 |

### JOINT MOTION FOR ORDER ENTERING STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

Plaintiff Lilly Anne Hopkins and Defendants Bobby Lumpkin, Lannette Linthicum, Joseph Penn, Phonso Rayford, Roger Boyd, and Pamela Wagner have stipulated to the attached Confidentiality Agreement and Proposed Protective Order ("Protective Order") to govern the disclosure of documents, things, and information of the parties or nonparties in the above-captioned action.

Pursuant to Fed. R. Civ. P. 26(c), the Parties hereby jointly move the Court to order the attached proposed Protective Order.

Dated: May 19, 2022                                Respectfully submitted,

| */s/ Jayme Partridge* | */s/ Jacob Przada* |
|---|---|
| Danielle J. Healey<br>Texas State Bar No. 09327980<br>Fed. ID No. 000035021<br>healey@fr.com<br>Jayme Partridge<br>Texas State Bar No. 17132060<br>Fed. ID No. 19621<br>partridge@fr.com<br>**FISH & RICHARDSON P C.**<br>1221 McKinney Street, Suite 2800<br>Houston, Texas 77010<br>Telephone: 713-654-5300<br>Fax: 713-652-0109<br><br>Sarah E. Jack (*pro hac vice*)<br>Minnesota State Bar No. 0400118<br>jack@fr.com<br>**FISH & RICHARDSON P.C.**<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, Minnesota 55412<br>Telephone: 612-335-5070<br>Fax: 612-288-9696<br><br>Brian Klosterboer<br>Texas State Bar No. 24107833<br>S.D. Tex. 3314357<br>bklosterboer@aclutx.org<br>Savannah Kumar<br>(*pro hac vice*)<br>Texas State Bar No. 24120098<br>skumar@aclutx.org<br>Adriana Piñon<br>Texas State Bar No. 24089768<br>S.D. Tex. 1829959<br>apinon@aclutx.org | **KEN PAXTON**<br>Attorney General of Texas<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**GRANT DORFMAN**<br>Deputy First Assistant Attorney General<br><br>**SHAWN E. COWLES**<br>Deputy Attorney General for Civil Litigation<br><br>**SHANNA E. MOLINARE**<br>Division Chief<br>Law Enforcement Defense Division<br><br>**JACOB E. PRZADA**<br>Attorney-In-Charge<br>Assistant Attorney General<br>Texas State Bar No. 24125371<br>Southern District I.D. No. 3725701<br>jacob.przada@oag.texas.gov<br><br>**SHEAFFER K. FENNESSEY**<br>Attorney-In-Charge<br>Assistant Attorney General<br>Texas State Bar No. 24109859<br>Southern District I.D. No. 3439719<br>Sheaffer.fennessey@oag.texas.gov<br><br>Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711 |

| | |
|---|---|
| Andre Segura<br>Texas State Bar No. 24107112<br>S.D. Tex. 3123385<br>asegura@aclutx.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS, INC.**<br>5225 Katy Fwy., Suite 350<br>Houston, Texas 77007<br>Telephone: 713-942-8146<br>Fax: 713-942-8966<br><br>***Counsel for Plaintiff Lilly Anne Hopkins, aka Samuel Hopkins, TDCJ #1986831*** | (512) 463-2080 / (512) 370-9996 (fax)<br><br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this 19th day of May 2022 via CM/ECF.

*/s/ Jayme Partridge*
Jayme Partridge