IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, AKA SAMUEL HOPKINS, TDCJ #1986831 *Plaintiff,* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-5041 |
| BOBBY LUMPKIN, *et al.*, *Defendants.* | § § § | |

**DEFENDANTS' NOTICE OF INITIAL DISCLOSURE TO PLAINTIFF**

Defendants Bobby Lumpkin, Lannette Linthicum, Phonso Rayford, Roger Boyd, Joseph Penn, and Pamela Wagner (collectively, "Defendants") submit to the Court that they have complied with Federal Rule of Civil Procedure 26(a)(1) and local rules by providing their Initial Disclosure to Plaintiff on this date.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General
Attorney-in-Charge
Texas State Bar No. 24125371
Southern District I.D. No. 3725701

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9994
jacob.przada@oag.texas.gov

/s/ SHEAFFER K. FENNESSEY
**SHEAFFER K. FENNESSEY**
Assistant Attorney General
Co-Counsel
Texas State Bar No. 24109859
Southern Bar No. 3439719
sheaffer.fennessey@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/Fax (512) 370-9996

**ATTORNEYS FOR DEFENDANTS LUMPKIN, LINTHICUM, RAYFORD, BOYD, PENN, AND WAGNER**

## NOTICE OF ELECTRONIC FILING

I, **JACOB E. PRZADA** Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Filing System of the Southern District of Texas, on May 27, 2022.

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **JACOB E. PRZADA** Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing has been served has been served on all counsel of record by the Electronic Case Filing System of the Southern District of Texas on May 27, 2022.

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General
