IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LILLY ANNE HOPKINS, AKA** | § | |
| **SAMUEL HOPKINS, TDCJ #1986831** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:19-CV-5041** |
| | § | |
| **BOBBY LUMPKIN,** *et al.,* | § | |
| *Defendants.* | § | |

### DEFENDANTS' NOTICE OF SECOND SUPPLEMENTAL DISCLOSURE TO PLAINTIFF

Defendants Bobby Lumpkin, Lannette Linthicum, Phonso Rayford, Roger Boyd, Joseph Penn, and Pamela Wagner (collectively, "Defendants"), through their counsel, submit this Notice of Second Supplemental Disclosure to Plaintiff on September 1, 2022, in accordance with Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

SHANNA E. MOLINARE
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General
Attorney-in-Charge
Texas State Bar No. 24125371
Southern District I.D. No. 3725701

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080/Fax (512) 370-9994
jacob.przada@oag.texas.gov

/s/ SHEAFFER K. FENNESSEY
**SHEAFFER K. FENNESSEY**
Assistant Attorney General
Co-Counsel
Texas State Bar No. 24109859
Southern Bar No. 3439719
sheaffer.fennessey@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/Fax (512) 370-9996

**ATTORNEYS FOR DEFENDANTS LUMPKIN, LINTHICUM, RAYFORD, BOYD, PENN, AND WAGNER**

## NOTICE OF ELECTRONIC FILING

I, **JACOB E. PRZADA**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Defendants' Notice of Second Supplemental Disclosure to Plaintiff** in accordance with the Electronic Case Files System of the Southern District of Texas on September 1, 2022.

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **JACOB E. PRZADA,** Assistant Attorney General, certify that a true and correct copy of the above **Defendants' Notice of Second Supplemental Disclosure to Plaintiff** has been served has been served on all counsel of record by the Office of the Attorney General of Texas' Secure Share Electronic System on September 1, 2022.

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General