IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, AKA | § | |
| SAMUEL HOPKINS, TDCJ #1986831 | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-5041 |
| | § | |
| BOBBY LUMPKIN, *et al.,* | § | |
| *Defendants.* | § | |

## DEFENDANTS' AMENDED NOTICE OF RETAINED, NON-RETAINED, AND CONSULTING EXPERT DESIGNATION

Defendants Bobby Lumpkin, Lannette Linthicum, Phonso Rayford, Roger Boyd, Joseph Penn, and Pamela Wagner (collectively, "Defendants"), by and through the Office of the Attorney General of Texas, respectfully notify the Court that Deputy Division Director Eric Guerrero and Dr. Nubia Lluberes will serve as Defendants' non-retained experts, Dr. Rama Chemitiganti will serve as Defendants' retained expert, and Dr. Eric Yarbrough will serve as a consulting expert, pursuant to Federal Rule of Civil Procedure 26(b)(4). The only change in this amended filing is that Dr. Eric Yarbrough, who was previously designated as a testifying expert, will now serve only as a consulting expert.

**1. Deputy Division Director Eric Guerrero**

Director Guerrero is employed with TDCJ as the Deputy Division Director of the Correctional Institutions Division ("TDCJ-CID"). Director Guerrero has served in this role for over two years. Previously, Director Guerrero served as the Director of

Correctional Training & Staff Development for TDCJ-CID. Furthermore, Director Guerrero has not been retained or specially employed to provide expert testimony in this case, nor do his regular duties involve giving expert testimony. Director Guerrero will testify as to TDCJ policies and procedures relating to dress and grooming, as well as security policies and federal guidelines relevant to this matter. Director Guerrero will further testify that based upon his training and experience in the oversight of prison operations for nearly one-hundred units across the State of Texas, what security interests are implicated by Plaintiff's requests and how Plaintiff's requests impact penological interests, generally. Director Guerrero will further testify as to how TDCJ manages inmates with gender dysphoria. Director Guerrero will also provide testimony in order to rebut claims made by Plaintiff at trial.

   2.  **Dr. Nubia Lluberes**

Dr. Nubia Lluberes is employed with The University of Texas Medical Branch at Galveston-Correctional Managed Care ("UTMB-CMC") as the Clinical Director at the Wayne Scott Unit. Dr. Lluberes has practiced medicine with the Texas Department of Criminal Justice for the past two years. Furthermore, Dr. Lluberes has not been retained or specially employed to provide expert testimony in this case, nor do her regular duties involve giving expert testimony. Dr. Lluberes will testify as to CMHC and UTMB-CMC guidelines, policies, practices, and procedures, and the provision of care to inmates, as it relates mental health and psychiatry. Dr. Lluberes will further testify

that, based upon her education, training, and experience as a physician in a correctional setting, what medical conditions Plaintiff has and whether Plaintiff's self-harm and suicidal ideations were caused by gender dysphoria or other medical conditions. Dr. Lluberes will also provide testimony in order to rebut claims made by Plaintiff at trial.

### 3. Dr. Rama Chemitiganti

Dr. Rama Chemitiganti is employed with Texas Tech University Health Science Center ("TTUHSC") as an Endocrinologist and the Regional Chairman of the Department of Internal Medicine, TTUHSC School of Medicine at Permian Basin. Dr. Chemitiganti has practiced medicine with TTUHSC for the past sixteen years, and with TDCJ for nearly two years. Furthermore, Dr. Chemitiganti has been retained to provide expert testimony in this case. Dr. Chemitiganti will testify as to CMHC guidelines, policies, practices, and procedures, and the provision of care to inmates, as it relates to gender dysphoria. Dr. Chemitiganti will further testify that, based upon his education, training, and experience as a physician in a correctional setting, whether the items requested by Plaintiff are medically necessary for the treatment of gender dysphoria, generally, and further, whether the items are medically necessary in a correctional setting. Further, Dr. Chemitiganti will testify as to Plaintiff's medical conditions and whether the items Plaintiff requests are necessary, given Plaintiff's medical conditions. Dr. Chemitiganti will also testify as to whether Plaintiff's self-harm and suicidal ideations were caused by gender dysphoria or other medical conditions. Dr.

Chemitiganti will also provide testimony in order to rebut claims made by Plaintiff at trial.

### 4. Dr. Eric Yarbrough

Dr. Eric Yarbrough serves as a Clinical Assistant Professor in the Department of Psychiatry at New York University and is published on gender dysphoria. Dr. Yarbrough has also been in private practice for four years, focused on the treatment of LGBTQ individuals. Furthermore, Dr. Yarbrough has been retained only to prepare for trial and is not expected to be called as a witness at trial.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General
Attorney-in-Charge
Texas State Bar No. 24125371
Southern District I.D. No. 3725701

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080/Fax (512) 370-9994
jacob.przada@oag.texas.gov

/s/ SHEAFFER K. FENNESSEY
**SHEAFFER K. FENNESSEY**
Assistant Attorney General
Co-Counsel
Texas State Bar No. 24109859
Southern Bar No. 3439719
sheaffer.fennessey@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080/Fax (512) 370-9996

**ATTORNEYS FOR DEFENDANTS LUMPKIN, LINTHICUM, RAYFORD, BOYD, PENN, AND WAGNER**

## NOTICE OF ELECTRONIC FILING

I, **JACOB E. PRZADA**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true copy of the above **Defendants' Amended Notice of Retained, Non-Retained, and Consulting Expert Designation** in accordance with the Electronic Case Files System of the Southern District of Texas on September 7, 2022.

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **JACOB E. PRZADA,** Assistant Attorney General, certify that a true and correct copy of the above **Defendants' Amended Notice of Retained, Non-Retained, and Consulting Expert Designation** has been served has been served on all counsel of record by the Electronic Case Files System of the Southern District of Texas on September 7, 2022.

/s/ JACOB E. PRZADA
**JACOB E. PRZADA**
Assistant Attorney General