United States District Court
Southern District of Texas

**ENTERED**

October 24, 2022

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, a/k/a SAMUEL HOPKINS, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil No. 4:19-CV-05041 |
| BOBBY LUMPKIN, *et al.,* | § § § | |
| *Defendants.* | § | |

## <u>AMENDED SCHEDULING ORDER</u>

| Event | Current Deadline (Dkt. 88) | Amended Deadline |
|---|---|---|
| Substantial Completion of Document Production | November 1, 2022 | February 1, 2023 |
| Last Day to Depose Fact Witnesses | November 15, 2022 | February 15, 2023 |
| Plaintiff's Expert Report(s) Due | November 15, 2022 | February 15, 2023 |
| Defendants' Expert Report(s) Due | December 5, 2022 | March 17, 2023 |
| Close of Discovery | December 19, 2022 | April 7, 2023 |
| Amendment to Pleadings | November 1, 2022 | November 1, 2022 |
| Motion Cut Off | January 20, 2023 | May 8, 2023 |
| Joint Pretrial Order | February 24, 2023 | June 30, 2023 |
| Trial Term | March/April 2023 | July/August 2023 |

Signed, this **24** day **Oct**_____, 2022.

US DISTRICT COURT JUDGE