IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, a/k/a SAMUEL HOPKINS, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil No. 4:19-CV-05041 |
| BOBBY LUMPKIN, *et al.,* | § § § | |
| *Defendants.* | § | |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given of the change of address, effective immediately, of the Houston, Texas office of Fish & Richardson P.C.

**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Dated: November 22, 2022      **FISH & RICHARDSON P.C.**

By: */s/ Jayme Partridge*
Danielle J. Healey
Texas State Bar No. 09327980
Fed. ID No. 000035021
healey@fr.com
Jayme Partridge
Texas State Bar No. 17132060
Fed. ID No. 19621
partridge@fr.com
**FISH & RICHARDSON P C.**
909 Fannin Street, Suite 2100
Houston, Texas 77010
Telephone: 713-654-5300
Fax: 713-652-0109

Sarah E. Jack (*pro hac vice*)
Minnesota State Bar No. 0400118
jack@fr.com
**FISH & RICHARDSON P.C.**
60 South 6th Street, Suite 3200
Minneapolis, Minnesota 55412
Telephone: 612-335-5070
Fax: 612-288-9696

Brian Klosterboer
Texas State Bar No. 24107833
S.D. Tex. 3314357
bklosterboer@aclutx.org
Savannah Kumar
(*pro hac vice*)
Texas State Bar No. 24120098
skumar@aclutx.org
Adriana Piñon
Texas State Bar No. 24089768
S.D. Tex. 1829959
apinon@aclutx.org
Andre Segura
Texas State Bar No. 24107112

        S.D. Tex. 3123385
asegura@aclutx.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS, INC.**
5225 Katy Fwy., Suite 350
Houston, Texas 77007
Telephone: 713-942-8146
Fax: 713-942-8966

*Counsel for Plaintiff Lilly Anne Hopkins, aka Samuel Hopkins, TDCJ #1986831*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this 22nd day of November 2022 via CM/ECF.

*/s/ Sarah E. Jack*
Sarah E. Jack

3