IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LILLY ANNE HOPKINS, AKA SAMUEL HOPKINS, TDCJ #1986831** *Plaintiff,* <br><br> v. <br><br> **BOBBY LUMPKIN,** *et al.,* *Defendants.* | § § § § § § § § § | **CIVIL ACTION NO. 4:19-CV-5041** |

**PROPOSED AMENDED SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| Event | Current Deadline (Dkt. 106) | Amended Deadline |
|---|---|---|
| Substantial Completion of Document Production | May 2, 2023 | August 2, 2023 |
| Last Day to Depose Fact Witnesses | May 16, 2023 | August 16, 2023 |
| Plaintiff's Expert Report(s) Due | May 16, 2023 | August 16, 2023 |
| Defendants' Expert Report(s) Due | June 15, 2023 | September 15, 2023 |
| Close of Discovery | July 6, 2023 | October 6, 2023 |
| Amendment to Pleadings | Passed | Passed |
| Motion Cut Off | August 7, 2023 | November 6, 2023 |
| Joint Pretrial Order | September 28, 2023 | January 5, 2024 |
| Trial Term | October/November 2023 | February/March 2024 |

**SIGNED** this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**