# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, a/k/a SAMUEL HOPKINS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil No. 4:19-CV-05041 |
| BOBBY LUMPKIN, *et al.,* | § § § | |
| *Defendants.* | § | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated by Plaintiff and Defendants that the above-entitled action be dismissed without prejudice. The parties further agree and stipulate that each party shall bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Danielle J. Healey* | */s/ Jacob E. Przada* |
| Danielle J. Healey<br>Texas State Bar No. 09327980<br>Fed. ID No. 000035021<br>healey@fr.com<br>Jayme Partridge<br>Texas State Bar No. 17132060<br>Fed. ID No. 19621<br>partridge@fr.com<br>**FISH & RICHARDSON P C.** | **KEN PAXTON**<br>Attorney General of Texas<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**GRANT DORFMAN**<br>Deputy First Assistant Attorney General |

| | |
|---|---|
| 1221 McKinney Street, Suite 2800<br>Houston, Texas 77010<br>Telephone: 713-654-5300<br>Fax: 713-652-0109<br><br>Sarah E. Jack (*pro hac vice*)<br>Minnesota State Bar No. 0400118<br>jack@fr.com<br>**FISH & RICHARDSON P.C.**<br>3200 RBC Plaza<br>60 South 6th Street<br>Minneapolis, Minnesota 55412<br>Telephone: 612-335-5070<br>Fax: 612-288-9696<br><br>Brian Klosterboer<br>Texas State Bar No. 24107833<br>S.D. Tex. 3314357<br>bklosterboer@aclutx.org<br>Savannah Kumar<br>(*pro hac vice*)<br>Texas State Bar No. 24120098<br>skumar@aclutx.org<br>Adriana Piñon<br>Texas State Bar No. 24089768<br>S.D. Tex. 1829959<br>apinon@aclutx.org<br>**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS, INC.**<br>5225 Katy Fwy., Suite 350<br>Houston, Texas 77007<br>Telephone: 713-942-8146<br>Fax: 713-942-8966<br><br>*Counsel for Plaintiff Lilly Anne Hopkins, aka Samuel Hopkins, TDCJ #1986831* | **SHAWN E. COWLES**<br>Deputy Attorney General for Civil Litigation<br><br>**SHANNA E. MOLINARE**<br>Division Chief<br>Law Enforcement Defense Division<br><br>**JACOB E. PRZADA**<br>Attorney-In-Charge<br>Assistant Attorney General<br>Texas State Bar No. 24125371<br>Southern District I.D. No. 3725701<br>jacob.przada@oag.texas.gov<br><br>**AMY PRASAD**<br>Assistant Attorney General<br>Co-Counsel<br>Texas State Bar No. 24037295<br>Southern District I.D. No. 563045<br>Amy.prasad@oag.texas.gov<br><br>Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 463-2080 / (512) 370-9996 (fax)<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record on this 20th day of April 2023 via CM/ECF.

*/s/ Danielle J. Healey*
Danielle J. Healey