# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, a/k/a SAMUEL HOPKINS, | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil No. 4:19-CV-05041 |
| BOBBY LUMPKIN, *et al.,* | § § § | |
| *Defendants.* | § | |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS ORDERED that the parties' Agreed Stipulation of Dismissal Without Prejudice is GRANTED. This action is DISMISSED without prejudice and without costs or fees to any party.

Signed, this \_\_\_\_day _____, 2023.

_____
US DISTRICT COURT JUDGE