IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LILLY ANNE HOPKINS, a/k/a SAMUEL HOPKINS, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-5041 |
| BOBBY LUMPKIN, *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL

Pursuant to the parties' Agreed Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Dkt. 111), this action is **DISMISSED without prejudice**.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Houston, Texas, on _Apr 25_, 2023.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE